# DOYAGA & SCHAEFER
### ATTORNEYS AT LAW
SUITE 1002
26 COURT STREET
BROOKLYN, NEW YORK 11242
(718) 488-7500

David J. Doyaga, Esq.                                                                                    Cathy Nigro, Paralegal
Patrick K. Schaefer, Esq.

May 15, 2008

Honorable Dennis Milton
United States Bankruptcy Court
271 Cadman Plaza
Brooklyn, New York 11201

      Re:    LBC Building Corp., Inc.
               Case#08-41946-dem

Dear Judge Milton:

    Enclosed is a red lined copy of the Debtor's Proposed with the changes requested by Amboy. This is clearer than the Exhibit A that was filed on line Order with Amboy's original objections.

    Moreover, Amboy would like to bring a matter to the Court's attention (as well as all to parties) with regard to the payment of the Real Property Transfer Fee. The problem is that the Purchaser is going to have a problem recording any deed if the fee is not paid. Since this Court is not issuing an Order that waives the fee, at the closing it is highly likely that the Purchaser's attorney or Purchaser's title company will not accept the deed because it is not recordable. In short, because the Court will not now enter an Order waiving the fee (because there is no plan in effect), the recording of the Deed (and therefore consummation of a sale) may be frustrated. Perhaps, the remedy is to either require the Purchaser to pay the fee on closing or simply require the Debtor to pay it. I did not so modify the Order. I would welcome Debtor's comments.

    Finally, for purposes of clarification, Amboy Bank would ask the Court to make clear that if Amboy Bank takes title from Debtor by credit bid, that there shall be no Realty Property Transfer Fee due unless New Jersey State Law so requires. Amboy Bank does not believe that under New Jersey State Law such is required. Amboy Bank would like the Order to so provide.

Very truly yours,

S/David J. Doyaga

David J. Doyaga

cc:    Barton Nachamie, Esq.
        William Curtin, Esq.

G:\Debtor Practice\MOTIONS\CLIENTS\AMBOY BANK\milton 051508 2.ltr.doc