**HEARING DATE: FEBRUARY 17, 2009**
**HEARING TIME: 10:00 A.M.**

I.D. # 13-2911171

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
**Attorneys for LBC BUILDING CORP., INC.**
Debtor and Debtor-in-Possession
425 Park Avenue
New York, NY 10022
(212) 754-9400
Barton Nachamie (BN-6732)
Jill L. Makower (JM-4842)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:

LBC BUILDING CORP., INC.

Chapter 11
Case No.: 08-41946(DEM)

Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF DEBTOR'S (A) OBJECTION TO ALLEGED SECURED CLAIM OF HOWELL MATERIALS, INC. AND (B) REQUEST FOR AVOIDANCE OF ALLEGED JUDGMENT LIEN OF HOWELL MATERIALS, INC.**

**PLEASE TAKE NOTICE,** that a hearing will be held upon the (A) objection dated January 8, 2009 (the "Objection") of LBC Building Corp., Inc., debtor and debtor-in-possession (the "Debtor"), seeking to reclassify the secured claim asserted against the Debtor by Howell Materials, Inc. ("Howell"), and (B) request for avoidance of the alleged judgment lien claimed by Howell, before the Honorable Dennis E. Milton, United States Bankruptcy Judge, in Courtroom 3577 at the United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201 **on the 17th day of February 2009 at 10:00 A.M.** (the "Hearing"), or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that any and all responses to the relief requested by the Debtor must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (with a copy to the Chambers of Judge Milton) and served so as to be actually received no later than February 12,

2009 at 4:00 P.M. (prevailing Eastern Time) by the following: (i) the Office of the United States Trustee, 271 Cadman Plaza East, Brooklyn, New York 11201, Attn: William Curtin, Esq. and (ii) Todtman, Nachamie, Spizz & Johns, P.C., attorneys for the Debtor, 425 Park Avenue, 5th Floor, New York, New York 10022, Attention: Jill Makower, Esq.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the relief sought by the Debtor, you are not required to appear at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
January 8, 2009

TODTMAN, NACHAMIE SPIZZ & JOHNS, P.C.
Attorneys for LBC Building Corp., Inc.,
Debtor and debtor-in-possession

By: s/ Jill L. Makower

Jill L. Makower (JM-4842)
425 Park Avenue
New York, New York 10022
(212) 754-9400